CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 07 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DON W. SMITH <br><br> AND <br><br> DONNA L. SMITH, <br><br>                           *Plaintiffs,* <br><br> v. <br><br> MICHAEL R. MCCARTHY, ET AL., <br><br>                           *Defendants.* | CIVIL ACTION NO. 3:08-CV-00036 <br><br><br> <u>FINAL ORDER</u> <br><br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motions to Dismiss are hereby GRANTED, this case is STRICKEN from the active docket of the Court, and any pending motions are DENIED as MOOT.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

Entered this ___7___ day of January, 2009.

                                                           /s/ Norman K. Moon
                                                           NORMAN K. MOON
                                                           UNITED STATES DISTRICT JUDGE